# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02964-RM-SKC

JOHN MEGGS, et al.

      Plaintiffs,

vs.

ARA USH CHICAGO TENANT, LLC

      Defendant.

_____/
_____

## NOTICE OF SETTLEMENT
_____

Comes now the Plaintiffs, with consent of Defendant, to inform the Court that the parties have settled the above-captioned matter. Counsel for the parties expect to file a stipulated dismissal with prejudice within the next sixty days.

Respectfully submitted this 29th day of October 2022,

      *s/ Jon G. Shadinger Jr.*
      Jon G. Shadinger Jr., Esq.
      Shadinger Law, LLC
      717 E. Elmer Street, Suite 7
      Vineland, NJ 08360
      Direct (609) 319-5399
      Office (609) 236-3211
      Fax (609) 900-2760
      js@shadingerlaw.com
      *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of October 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notification of filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.