IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02964-RM-SKC

JOHN MEGGS, et al.

        Plaintiffs,

vs.

ARA USH CHICAGO TENANT, LLC

        Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiffs, and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, each party to bear its own costs and fees.

Respectfully Submitted,

| | |
|---|---|
| */s/ Jon G. Shadinger Jr.* | */s/ Alice Conway Powers* |
| Jon G. Shadinger Jr., Esq. | Alice Conway Powers, Esq. |
| Shadinger Law, LLC | Lewis Brisbois Bisgaard & Smith LLP |
| 717 E. Elmer Street, Suite 7 | 1700 Lincoln Street, Suite 4000 |
| Vineland, NJ 08360 | Denver, Colorado 80203 |
| js@shadingerlaw.com | Phone (303) 861-7760 |
| Direct (609) 319-5399 | alice.powers@lewisbrisbois.com |
| Office (609) 236-3211 | *Attorneys for Defendant* |
| Fax (609) 900-2760 | |
| *Attorney for Plaintiffs* | |

Dated: November 17, 2022